EDITH MASON FAXON, Respondent, *v.* JOHN MASON et al., Appellants.

(Argued June 3, 1895; decided June 14, 1895.)

MOTION to dismiss appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 28, 1894, which modified and affirmed, as modified, a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*W. B. Hornblower* for motion.

*Franklin Bien* opposed.

Agree to dismiss appeal, without costs, unless defendant John Mason shall cause to be executed the proper undertaking on appeal to this court within ten days from service of a copy of this order upon his attorney of record.

All concur.

Ordered accordingly.

---

PEOPLE ex rel. GEORGE SWEELEY, Appellant, *v.* OREN E. WILSON et al. (as Police Commissioners, etc.), Respondents.

(Argued June 3, 1895; decided June 14, 1895.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made May 14, 1895, which affirmed an order of the Special Term denying a motion for a writ of mandamus.

*James W. Eaton* for appellant.

*William P. Rudd* for respondents.

Agree to affirm; no opinion.

All concur, except HAIGHT, J., not voting.

Order affirmed.